CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA  94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff,
SHERRY LYNN MEANS

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3976
Facsimile:      (415) 554-4248
E-Mail:         ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY LYNN MEANS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; and DOES 1 through 25,<br><br>    Defendants. | Case No. CV 09-0941TEH<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES AND [PROPOSED] ORDER**<br><br>Trial Date:           November 2, 2010 |

1  The parties hereby stipulate and request that the Court continue the trial date in this matter by
2  approximately 34 days, and continue the associated pretrial deadlines accordingly.  The parties request
3  that the trial date be continued from November 2, 2010 to December 6, 2010 for the following reasons:

4  Defendant has been unable to complete Plaintiff's deposition because of the parties' scheduling
5  conflicts as well as a delay by Plaintiff in producing documents in response to Defendant's document
6  requests.  Defendant took the first portion of Plaintiff's deposition on March 9, 2010, and the parties
7  agreed to schedule another day of deposition as soon as possible after Plaintiff produced documents in
8  response to Defendant's first request for production of documents.

9  Beginning on April 14, 2010, counsel for Defendant Ruth M. Bond was in trial in another
10 matter, *Lori Dutra v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No.
11 CGC-09-484160, which lasted from April 14 to May 26.  During that time, she was unavailable to
12 complete Plaintiff's deposition.  In early May, Defendant granted Plaintiff an extension of time to
13 respond to its document requests.

14 Following defense counsel's trial in the *Dutra* matter, the parties agreed to schedule the
15 remainder of Plaintiff's deposition on June 29, 2010.  Plaintiff produced documents in response to
16 Defendant's requests on June 15, 2010.  At her deposition on June 29, Plaintiff indicated that she had
17 additional documents in her possession that had not been produced.  The parties agreed that Defendant
18 could further depose Plaintiff once she produced any additional documents in her possession.

19 On June 30, Plaintiff produced several more documents, including handwritten notes and a
20 settlement agreement relating to certain allegations in the Complaint.  These documents relate to
21 material issues in the case and Defendant needs to depose plaintiff on these matters in advance of
22 filing its summary judgment motion, which currently is due on August 9, 2010.  Both parties are not
23 available to continue the deposition until August 9, 2010, the same date that dispositive motions are
24 due.

25 The parties have worked diligently to complete discovery in this case.  However because of the
26 parties' scheduling conflicts, they need additional time to complete Plaintiff's deposition and file
27 dispositive motions.  Moving the trial date from November 2 to December 6, 2010 would give the
28

1 parties sufficient time to complete discovery, file dispositive motions and, if necessary, prepare for
2 trial.
3      The parties propose the following revised schedule:
4      Discovery cutoff:         August 19, 2010
5      Dispositive Motions:      August 30, 2010
6      Motion Hearing:           October 4, 2010
7      Trial Date:               December 6, 2010
8      Respectfully submitted:

9 Dated: July 12, 2009                By:_____/s/_____
                                      CURTIS G. OLER
10                                    LAW OFFICES OF CURTIS G. OLER
                                      Attorney for Plaintiff, SHERRY LYNN
11                                    MEANS

12 Dated: June 12, 2009                DENNIS J. HERRERA
                                      City Attorney
13                                    ELIZABETH S. SALVESON
                                      Chief Labor Attorney
14                                    RUTH M. BOND
                                      Deputy City Attorney
15
                                      By:_____/s/_____
16                                    RUTH M. BOND
                                      Attorneys for Defendants
17                                    CITY AND COUNTY OF SAN FRANCISCO,
                                      ET AL.
18
19
20
21
22
23
24
25
26
27
28

STIP TO CONT. TRIAL DATE, CASE NO. 09-0941      2               n:\labor\li2009\091120\00639991.doc

1  The Court has considered the parties' Stipulation and Joint Request to Continue Trial Date and
2  good cause having been shown, it is **SO ORDERED** that the new pretrial and trial deadlines are as
3  follows:

4      Discovery cutoff:        August 19, 2010
5      Dispositive Motions:    August 30, 2010
6      Motion Hearing:        October 4, 2010
7      Trial Date:                December 6, 2010

9  Dated:     July  13 , 2010     _____
                                  HON. THELTON E. HENDERSON



DENIED
Judge Thelton E. Henderson