IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY LYNN MEANS,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

NO. C09-0941 TEH

ORDER GRANTING REQUEST TO SUBSTITUTE REDACTED EXHIBITS

With good cause appearing, the Court GRANTS Defendants' request to substitute redacted exhibits for certain unredacted exhibits that Defendants inadvertently filed as attachments to declarations on August 9, 2010. Because the declarations at issue were filed as single documents and not declarations with exhibits attached, IT IS HEREBY ORDERED that the Clerk shall seal the declarations filed as Docket Nos. 26, 29, and 31 in their entirety. Defendants shall electronically file redacted versions of the sealed documents no later than **Friday, August 13, 2010.** Defendants shall ensure that the redacted documents fully comply with the privacy provisions of Civil Local Rule 3-17.

**IT IS SO ORDERED.**

Dated: 08/11/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT