CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

RUTH M. BOND
Deputy City Attorney

DIRECT DIAL: (415) 554-3976
E-MAIL: ruth.bond@sfgov.org

September 22, 2010

VIA E-FILING

Hon. James Larson
United States District Court
Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

IT IS SO ORDERED
*Judge James Larson*

Re:     *Sherry Lynn Means v. City and County of San Francisco*, 09-0941 TEH

Dear Judge Larson:

    This letter will confirm that the parties in the above-refereneed matter have agreed to attend a further Settlement Conference with you on October 6, 2010 at 2:00 p.m., at 450 Golden Gate Avenue, Courtroom F, 15th Floor. Thank you.

Very truly yours,

DENNIS J. HERRERA
City Attorney

RUTH M. BOND
Deputy City Attorney

cc:     Curtis Oler

Fox Plaza · 1390 Market Street, Fifth Floor, San Francisco, California 94102-5408
Reception: (415) 554-3800 · Facsimile: (415) 554-4248

n:\labor\li2010\091120\00653527.doc