DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3976
Facsimile:       (415) 554-4248
E-Mail:           ruth.bond@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY LYNN MEANS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; and DOES 1 through 25,<br><br>    Defendants. | Case No. CV 09-0941TEH<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE PRETRIAL DEADLINES DUE TO WITHDRAWAL OF PLAINTIFF'S COUNSEL AND [PROPOSED] ORDER**<br><br>Trial Date:  November 2, 1010 |

Defendant City and County of San Francisco hereby submits this ex parte application to continue pretrial deadlines because Plaintiff's attorney Curtis G. Oler has informed defense counsel that he intends to file a motion to withdraw as Plaintiff's counsel in this matter.  At Mr. Oler's request, defense counsel has agreed to stipulate to Mr. Oler's application for an order shortening time to hear his Motion to Withdraw.  Mr. Oler informed defense counsel that he plans to file such a request by Friday, October 8, 2010.

Trial in this matter is set for November 2, 2010.  The Pretrial Conference is scheduled for October 18.  While Defendant is prepared to proceed to trial as scheduled, the Court's Order for

1  Pretrial Preparation requires the parties to meet and confer and reach agreement regarding several
2  matters and to file a Joint Pretrial Conference Statement and proposed jury instructions by tomorrow
3  (Friday) October 8, 2010.  The Court's Order also requires counsel to meet and confer regarding
4  Motions in Limine and to file any such motions by October 12, 2010 (21 calendar days before the
5  scheduled trial date).

6       This past Wednesday, October 6, the parties participated in a settlement conference with
7  Magistrate Judge James Larson.  At that conference, Judge Larson informed defense counsel that a
8  dispute had arisen between Plaintiff and Mr. Oler and that Mr. Oler planned to withdraw as Plaintiff's
9  counsel.  On Thursday, October 7, Mr. Oler confirmed his intention to withdraw during a telephone
10 conversation with defense counsel Ruth M. Bond.  Because Plaintiff's counsel is in the process of
11 withdrawing his representation, the parties are unable to comply with the Court's Order for Pretrial
12 Preparation.

13      Defendant respectfully requests that the pretrial deadlines be continued to dates after the Court
14 has considered Plaintiff counsel's Motion to Withdraw.

15 Dated: October 7, 2009                              Respectfully submitted,

                                                     DENNIS J. HERRERA
                                                     City Attorney
                                                     ELIZABETH SALVESON
                                                     Chief Labor Attorney
                                                     RUTH M. BOND
                                                     Deputy City Attorney


                                                     By_____/s/_____
                                                        RUTH M. BOND

                                                     Attorneys for Defendants
                                                     CITY AND COUNTY OF SAN FRANCISCO,
                                                     ET AL.

1  The Court has considered Defendant's *Ex Parte* Application to Continue Pretrial Deadlines and
2  good cause having been shown, it is **SO ORDERED** that the new pretrial deadlines are ~~as follows~~:
   VACATED until further order of the Court.
3  ~~Joint Pretrial Conference Statement:        October ___, 2010~~
4  ~~Motions In Limine:                          October ___, 2010~~
5  ~~Pretrial Conference:                        October ___, 2010~~
6  Dated: October _8_, 2010



_____
HON. THELTON E. HENDERSON
Judge Thelton E. Henderson