IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY LYNN MEANS,

          Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendant.

NO. C09-00941 TEH

ORDER RE: NOTICE TO PLAINTIFF

On October 8, 2010, Plaintiff Sherry Lynn Means ("Ms. Means") was ordered to appear at the October 25, 2010, hearing on a motion to withdraw filed by her attorney, Curtis Oler ("Mr. Oler"). In a declaration filed on October 12, 2010, Mr. Oler indicated that he was unable to contact Ms. Means personally by telephone in order to effect personal service upon her. Mr. Oler is ORDERED to effect personal service of the Court's October 8 Order upon Ms. Means by October 21, 2010. If Mr. Oler cannot effect personal service by that date, he is ORDERED to contact Ms. Means by telephone and tell her personally or via phone message that she must appear in person or through an attorney at 10 a.m. on October 25 in Courtroom 12, 450 Golden Gate Avenue, San Francisco, California, and that if she does not appear in person or through an attorney, the Court will conclude that she is no longer interested in pursuing her case. In any event, Mr. Oler shall file a proof of service with this Court no later than October 21, 2010.

**IT IS SO ORDERED.**

Dated: 10/19/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT