IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY LYNN MEANS,

              Plaintiff,

              v.

CITY AND COUNTY OF SAN FRANCISCO et al.,

              Defendants.

NO. C09-0941 TEH

ORDER RE: PLAINTIFF'S ATTORNEY OF RECORD

At a hearing to determine the status of this case, held on December 13, 2010, at 10 a.m., Curtis G. Oler appeared on behalf of Plaintiff Sherry Lynn Means ("Ms. Means"). The Court had previously granted Mr. Oler's motion to withdraw as Ms. Means's attorney of record, but had put the matter over for 45 days in order to give Ms. Means time to reconsider her position. At the hearing, Ms. Means explained Mr. Oler's appearance:

> He can go, you know, do what he needs to do. I can't get no attorney to deal with this. This is a mess. He just like, you know, I don't know. You know, we don't know what he did to that case, but yeah. Let him go ahead. Whatever he wants to do.

Rep.'s Tr. (Dec. 13, 2010).

Mr. Oler then told the Court that he was moving to get back in the case. He explained: "I've spoken with Ms. Means. We appreciate the Court's patience in this matter. I've spoken with her, and I understand that she would proceed and allow us to represent her to try to effectively get this matter ended on the most positive note possible." After informing Mr.

//
//
//
//

Oler that the Court would not lightly entertain from him another motion to withdraw, Mr. Oler's request to re-enter the case was granted.

**IT IS SO ORDERED.**

Dated: 12/15/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2